IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.          4:16-CR-00202-10-JM

CATINA MICHELL DAWSON

### ORDER

For the same reasons set out in the November 30, 2020 Order,[1] Defendant's Motion for Reconsideration (Doc. No. 374) is DENIED. Defendant's new request asserts that there is a COVID-19 outbreak at the prison where she resides. Once again, "fear of contracting COVID-19 or of experiencing more intense symptoms than the average person are not extraordinary or compelling enough reasons for release."[2]

IT IS SO ORDERED, this 14th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 372.

[2] *United States v. Osborne*, No. 4:05-CR-00109-BSM-12, 2020 WL 3258609, at *2 (E.D. Ark. June 16, 2020).